# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

144400

GRIEVANCE ADMINISTRATOR,
        Petitioner-Appellant,

v

PETER W. MACUGA, II,
        Respondent-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144400
ADB: 10-25-AI; 10-39-JC

      On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

p0514

_____
Clerk